# EXHIBIT B



|  |  |
|---|---|
|  | Court Plaza North |
|  | 25 Main Street |
|  | P.O. Box 800 |
|  | Hackensack, NJ 07602-0800 |
|  | 201.489.3000   201.489.1536 fax |
|  | FEDERAL ID# 22-2113414. |
|  | — |
|  | New York |
|  | — |
| CLOUDEEVA, INC. | Delaware |
| 104 WINDSOR CENTER DRIVE, SUITE 300 | — |
| EAST WINDSOR, NJ 08520 | Maryland |
|  | — |
|  | Texas |

Re:   Client/Matter No. 53249-0001                                                          Invoice No. 752673
      **APPEAL OF DECISION IN CHAPTER 11 CASE**                                             January 28, 2015

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
|  | **FEE APPLICATION PREPARATION** |  | **6.20** | **$1,843.00** |
| 12/01/14 | WORK ON COLE SCHOTZ MONTHLY FEE STATEMENT | RTJ | 0.30 | 115.50 |
| 12/01/14 | DRAFT CERTIFICATE OF NO OBJECTION TO COLE SCHOTZ OCTOBER MONTHLY FEE STATEMENT | FP | 0.20 | 50.00 |
| 12/01/14 | DISCUSS FILING OF MONTHLY FEE STATEMENT WITH R. JARECK; REVIEW MONTHLY IN PREPARATION FOR FILING | FP | 0.20 | 50.00 |
| 12/02/14 | PDF AND EFILE CERTIFICATE OF NO OBJECTION TO COLE SCHOTZ OCTOBER MONTHLY FEE STATEMENT | FP | 0.20 | 50.00 |
| 12/03/14 | DOWNLOAD FILED MONTHLY FEE STATEMENT AND PREPARE FOR SERVICE; EMAIL TO KCC TO SERVE | FP | 0.20 | 50.00 |
| 12/03/14 | REVIEW AND REVISE TIME ENTRIES AND SERVICE CODES; REVISE AND UPDATE MONTHLY FEE STATEMENT INSERTING INFORMATION TO COMPLETE FOR FILING | FP | 0.30 | 75.00 |
| 12/03/14 | PREPARE EXHIBITS, INVOICES AND MONTHLY FEE STATEMENT IN FINAL FOR FILING; EMAIL TO R. JARECK FOR REVIEW | FP | 0.20 | 50.00 |
| 12/03/14 | PREPARE MONTHLY FEE STATEMENT AND INVOICE FOR FILING AND EFILE | FP | 0.20 | 50.00 |
| 12/16/14 | WORK ON COLE SCHOTZ FINAL FEE APPLICATION | RTJ | 1.60 | 616.00 |
| 12/16/14 | CONTINUED WORKING ON COLE SCHOTZ FEE APPLICATION; REVIEW DECEMBER TIME INFORMATION AND UPDATE INFORMATION IN FEE APPLICATION TO INCLUDE; EMAIL DRAFT TO R. JARECK FOR REVIEW | FP | 0.60 | 150.00 |
| 12/16/14 | REVIEW DRAFT COLE SCHOTZ FINAL FEE APPLICATION; WORK ON CALCULATION OF INFORMATION TO BE INSERTED RE: PROFESSIONAL FEES, SERVICE CODES AND EXPENSES; WORK ON INSERTING INTO FEE APPLICATION | FP | 1.00 | 250.00 |
| 12/16/14 | REVIEW DECEMBER TIME ENTRIES, SERVICES CODES AND COSTS; EMAIL SUMMARY TO R. JARECK FOR REVIEW AND TO INCLUDE WITH REQUESTED FEE APPLICATION | FP | 0.20 | 50.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: **APPEAL OF DECISION IN CHAPTER 11 CASE**
**Client/Matter No. 53249-0001**

Invoice No. 752673
January 28, 2015
Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/22/14 | REVISE FINAL FEE APPLICATION | RTJ | 0.30 | 115.50 |
| 12/22/14 | DRAFT CNO RE: COLE SCHOTZ NOVEMBER MONTHLY FEE STATEMENT AND PREPARE FOR FILING | FP | 0.20 | 50.00 |
| 12/22/14 | DISCUSS FINAL FEE APPLICATION WITH R. JARECK | FP | 0.10 | 25.00 |
| 12/22/14 | EMAIL SENT TO S. SCHIFF/TRENK RE: FILING OF FINAL FEE APPLICATION AND COORDINATING FILING/SCHEDULING ON SAME HEARING DATE | FP | 0.10 | 25.00 |
| 12/23/14 | ADDRESS ISSUES RE: FILING OF FEE APPLICATIONS; REVIEW JUDGE FERGUSON'S CALENDAR AND ADVISE ATTORNEYS OF HEARING DATE IN 2015 | FP | 0.20 | 50.00 |
| 12/26/14 | EFILE CNO RE: COLE SCHOTZ NOVEMBER MONTHLY FEE STATEMENT | MEM | 0.10 | 21.00 |
| | **BUSINESS OPERATIONS** | | **0.50** | **$368.50** |
| 11/28/14 | TELEPHONE FROM CLIENT D. KNEHR RE: TRUSTEE APPOINTMENT | MDS | 0.20 | 165.00 |
| 12/01/14 | REVIEW ORDER APPOINTING CHAPTER 11 TRUSTEE | RTJ | 0.10 | 38.50 |
| 12/16/14 | CALL BACK CLIENT A. TYAGI RE: TRUSTEE APPOINTMENT | MDS | 0.20 | 165.00 |
| | **CASE ADMINISTRATION** | | **0.10** | **$25.00** |
| 12/03/14 | CALENDAR HEARING DATES AND DEADLINES AND SEND INVITES TO ATTORNEYS | FP | 0.10 | 25.00 |
| | | TOTAL HOURS | 6.80 | |

PROFESSIONAL SERVICES: $ 2,236.50

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL D. SIROTA | MEMBER | 0.40 | 825.00 | 330.00 |
| RYAN T. JARECK | MEMBER | 2.30 | 385.00 | 885.50 |
| FRANCES PISANO | PARALEGAL | 4.00 | 250.00 | 1,000.00 |
| MARY E. MANETAS | PARALEGAL | 0.10 | 210.00 | 21.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   APPEAL OF DECISION IN CHAPTER 11 CASE                              Invoice No. 752673
      Client/Matter No. 53249-0001                                                January 28, 2015
                                                                                           Page 3

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02/14 | COURT FEES | 0.10 |
| 10/02/14 | COURT FEES | 3.00 |
| 10/02/14 | COURT FEES | 4.20 |
| 10/02/14 | COURT FEES | 0.20 |
| 10/02/14 | COURT FEES | 0.70 |
| 10/02/14 | COURT FEES | 0.40 |
| 10/06/14 | COURT FEES | 0.10 |
| 10/06/14 | COURT FEES | 3.00 |
| 10/06/14 | COURT FEES | 0.20 |
| 10/09/14 | COURT FEES | 0.20 |
| 10/09/14 | COURT FEES | 3.00 |
| 10/09/14 | COURT FEES | 0.60 |
| 10/09/14 | COURT FEES | 0.30 |
| 10/15/14 | COURT FEES | 0.40 |
| 10/15/14 | COURT FEES | 0.10 |
| 10/24/14 | COURT FEES | 3.00 |
| 10/28/14 | COURT FEES | 0.30 |
| 10/28/14 | COURT FEES | 0.20 |
| 11/10/14 | COURT FEES | 0.50 |
| 11/10/14 | COURT FEES | 0.60 |
| 11/18/14 | TELEPHONE TOLL CHARGE | 18.66 |
| 12/16/14 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |

TOTAL COSTS ADVANCED:                                                          $       42.96


TOTAL SERVICES AND COSTS:                                                      $    2,279.46


*RETAINER BALANCE:  43,669.16*



Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536  fax
FEDERAL ID# 22-2113414
—
**New York**
—
**Delaware**
—
**Maryland**
—
**Texas**

CLOUDEEVA, INC.
104 WINDSOR CENTER DRIVE, SUITE 300
EAST WINDSOR, NJ 08520

# R E M I T T A N C E   P A G E

FOR PROFESSIONAL SERVICES RENDERED

Re:   **Client/Matter No. 53249-0001**                                                          Invoice No. 752673
      **APPEAL OF DECISION IN CHAPTER 11 CASE**                                                  January 28, 2015

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

TOTAL SERVICES AND COSTS:                                                                        $     2,279.46